IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PARTNER ASSESSMENT CORPORATION, Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-02768 (lead case) |
| | § § | |
| PCR REAL ESTATE HOLDING COMPANY, LLC Defendant. | § § § § | Consolidated with CIVIL ACTION NO. 4:24-cv-03639 |

**JOIN MOTION FOR EXTENSION OF TIME
TO SUBMIT PROPOSED SCHEDULING ORDER**

Plaintiff Partner Assessment Corporation ("Plaintiff") and Defendants PCR Real Estate Holding Company, LLC; PCR Brokerage Company, LLC; PCR Brokerage Houston, LLC; PCR Brokerage Dallas-Fort Worth, LLC; PCR Brokerage Austin, LLC; PCR Brokerage San Antonio, LLC; PCR Southeast, LLC; PCR Property Services, LLC; PCR Valuation and Advisory Group, LLC; PCR Asset Management Services, LLC; PCR Real Estate Services, LLC; PCR Land Investments, LLC; PCR Finance Group, LLC; PCR Capital Group, LLC; PCR Investment Company, LLC; and PDC Development Company, LLC (collectively, "Defendants") hereby submit this joint motion for a one-week extension of the Court's deadline for the parties to submit a proposed scheduling order.

On April 6, the Court entered an order directing the parties to submit a proposed scheduling order for this matter by April 17.  Dkt. 145. The parties have conferred and are now close to reaching a resolution of this matter.

Accordingly, the parties request that the deadline for the parties to submit a scheduling order be extended to April 24, before which date the parties anticipate resolving this case and taking it off the Court's calendar altogether.

Dated: April 17, 2026

**BECK REDDEN LLP**

By: _/s/ Matthew P. Whitley_
    Matthew P. Whitley
    State Bar No. 24037703
    Federal ID No. 33589
    mwhitley@beckredden.com
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

**ATTORNEY-IN-CHARGE**
**FOR PLAINTIFF**

Respectfully submitted,

**FOX ROTHSCHILD, LLP**

By: _/s/ Andy Nikolopoulos_
    Andy Nikolopoulos
    State Bar No. 24044852
    Federal ID No. 1822095
    anikolopoulos@beckredden.com
2501 N. Harwood Street, Suite 1800
Dallas, Texas 75201
Telephone: (972) 991-0889
Facsimile: (972) 404-0516

**ATTORNEY-IN-CHARGE**
**FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Defendants, and this is a joint filing by all parties.

_Matthew P. Whitley_
Matthew P. Whitley

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing instrument has been served through the Court's ECF system on April 17, 2026 on all counsel of record.

_Matthew P. Whitley_
Matthew P. Whitley